IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SAMUEL HANDLEY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SOUTH LEWIS SH OPCO, LLC, d/b/a<br>THE VILLAGES AT SOUTHERN HILLS,<br><br>　　　　Defendant. | Case No. 16-CV-613-GKF-TLW |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Samuel Handley ("Plaintiff"), and Defendant South Lewis SH OPCO, LLC, d/b/a The Villages at Southern Hills ("Defendant"), by and through their undersigned counsel, and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of all claims and causes of action brought in this case by Plaintiff. The parties further stipulate that they shall each bear their own attorneys' fees and costs.

Respectfully submitted,

/s/Lauren G. Lambright*
Lauren G. Lambright, OBA #22300
**SMOLEN, SMOLEN & ROYTMAN, PLLC**
701 South Cincinnati Avenue
Tulsa, Oklahoma  74119
Telephone:  (918) 585-2667
Facsimile:  (918) 585-2669
Email:  laurenlambright@ssrok.com
**ATTORNEYS FOR PLAINTIFF**

-AND-

/s/ Angelyn L. Dale
Angelyn L. Dale, OBA #10773
Stephanie T. Gentry, OBA #18612
**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**
320 South Boston Avenue, Suite 200
Tulsa, OK  74103-3706
Telephone (918) 594-0400
Facsimile (918) 594-0505

**ATTORNEYS FOR DEFENDANTS**

* Signed by filing attorney with written permission from opposing counsel.

3178396.1:735337:00810